Stefan Armour

c/o

9228 Broken Timber Way

Columbia Maryland [21045],
Plaintiff,

v.

**AMERICAN FINANCIAL RESOURCES, LAKEVIEW LOAN SERVICING, LOANCARE**

**Including all the CEO's, CFO's**, Mortgage originators and anyone else that was apart of this Transaction Defendant.

**CLAIM FOR VIOLATION OF PRESERVATION OF CONSUMER CLAIMS AND DEFENSES AND CLAIM FOR RECOUPMENT**

### COUNT I: VIOLATION OF PRESERVATION OF CONSUMER CLAIMS AND DEFENSES

2. Pursuant to 16 CFR 433, any holder of this consumer credit contract is subject to all claims and defenses which the debtor could assert against the seller of goods or services obtained pursuant hereto or with the proceeds hereof.

3. The Plaintiff, as the holder of the consumer credit contract, is bound by the aforementioned provision.

4. Plaintiff has violated the preservation of consumer claims and defenses by not including necessary verbiage on instrument ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.} in 10 point font and bold.

5. **Breach of fiduciary duty**

6. **Misrepresentation or fraud.**

7. **Breach of trust.**

8. **Fraud in Factum based on UCC 3-305**

### COUNT II: CLAIM FOR RECOUPMENT

5. In accordance with 16 CFR 433, recovery hereunder by the debtor shall not exceed amounts paid by the debtor hereunder.

6. Defendant seeks recoupment in the amount of 9.5 million dollars. This assessment is based on the value the both notes produced for AFR INC. in the initial transaction and indorsement of the note in September 2018 of 429,000 which is 10 time the value of the note that is rendered from the Department of treasury Original issue Discount window. And the Note that was signed in 2021 in the amount 401,000. This also include profit made on the primary and secondary markets according to reports pulled from Bloomberg financial audit, in addition this include remedy for injury incurred during this process of being harassed and lied two and threated with foreclosure.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant requests the following relief:

1. A declaration that Plaintiff has violated the preservation of consumer claims and defenses under 16 CFR 433.

2. Recoupment in the amount of 9.5 million dollars.

3. Any further relief this Court deems just and proper. In addition a formal notice will be sent to the FTC and The OCCC to further review the misrepresentation.

4. Clear Title To Property and Abatement of Any Foreclosure Proceeding now or later

Stefan Armour All rights Reserved
2/20/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

USDC- GREENBELT
'24 FEB 20 PM 12:00

Stefan Armour (Attorney in Fact) For
Rebecca Armour

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

American Financial Resources Leo
Lakeview Loan Servicing

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 24CV0489

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Stefen Armour
Street Address: 9228 Broken Timber Way
City and County: Columbia Maryland (Howard)
State and Zip Code: 21045
Telephone Number: 240-444-0310
E-mail Address: Armour1218@gmail.com
rellas1087@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Richard DuBnoff
Job or Title (if known): CEO
Street Address: 9 Sylvan Way
City and County: Parsippany
State and Zip Code: New Jersey 07054
Telephone Number: 973-664-1918
E-mail Address (if known): rich@AFRonline.com

2

Defendant No. 2

Name: Timothy Yanoti
Job or Title (if known): President & Chief Financial Officer
Street Address: 27 Willowmere Circle
City and County: Riverside
State and Zip Code: Conneticut 06878
Telephone Number: 203-637-0002
E-mail Address (if known):

Defendant No. 3

Name: Corey Dubnoff
Job or Title (if known): Chief Administrative Officer
Street Address: 78 roxiticus Road
City and County: Far Hills
State and Zip Code: New Jersey 07931
Telephone Number:
E-mail Address (if known):

Defendant No. 4

Name: Frankie Henderson
Job or Title (if known): Senior Vice President, Secondary Markets
Street Address: 9 Sylvan Way
City and County: Parsippany
State and Zip Code: New Jersey 07054
Telephone Number:
E-mail Address (if known):

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

        The plaintiff, *(name)* Stefan Acmour, is a citizen of the State of *(name)* Maryland.

    b. If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

4

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Richard Dubnoff, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   9.5 million Dollars. 800,000 is for the original note & Refinance note. The other monies is for profits gained on Secondary markets via Securitization. Everything else is for misrepresentation, and personal injury regarding Threats of Foreclosure & other Areas of Federal violations.

5

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

In 2018 a Note was signed and given To AFR Inc. upon receiving The consideration They never applied The Fund From The note properly. Then we Refinanced and once again balances werent Tended To with proceeds From The signed instrument. In addition There are Parties listed on our Contract That have no Beneficial interest in our Principle Dwelling Like MERS. There is a Clear Discrepancy with our Consumer Contract.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

_____
_____
_____
_____
_____

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Feb 16, 20 24

Signature of Plaintiff

Printed Name of Plaintiff    Stefan Armour

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B.  **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

Telephone Number

Email Address

8