Sent via U.S. Postal Service Certified/Registered mail #
«UCC_CertifiedRegistered_Mail_1»

## AFFIDAVIT OF Rebecca Elias

Rebecca Elias
c/o 9228 Broken Timber Way
Columbia, Maryland [21045]

To: AMERICAN FINANCIAL RESOURCES / Lakeview / Loancare Inc
8 Campus Drive Suite 401
Parsippany, NJ 07054

11/5/2023

The undersigned, Rebecca Elias, a native state Citizen and natural person, hereinafter "Affiant" does herewith assert and declare on Affiant's unlimited liability that Affiant issues this AFFIDAVIT OF Rebecca Elias with sincere intent, that Affiant is competent to testify and state the matters set forth herein and is willing to testify with firsthand knowledge, all contents herein are true, correct, and complete in accordance with Affiant's knowledge, understanding, and intent. Affiant is of sound mind, and over the age of twenty-one. Affiant reserves all rights.

1. Affiant is not a legal entity nor any other form of juristic or artificial person.
2. AMERICAN FINANCIAL RESOURCES is engaged in the business of taking deposits and making loans.
3. Affiant, regarding the absolute and legal estate, is the sole legal and absolute owner, maker, or issuer of the estate and any asset(s) or property regarding the absolute estate and Affiant has never assigned, transferred, nominated any of Affiant's right, title, or interest to AMERICAN FINANCIAL RESOURCES.
4. Affiant has no knowledge of nor has AMERICAN FINANCIAL RESOURCES ever revealed or disclosed to Affiant any trust relationship or creation of any trust with AMERICAN FINANCIAL RESOURCES or any other(s) regarding alleged account # Loan 92326063 & 0034856971 loan care # Loan 0058892472 or the Mortgage/Deed of Trust regarding the same.
5. It was never Affiant's intent to agree or consent to any trust relationship or creation of trust between AMERICAN FINANCIAL RESOURCES and Affiant.
6. Affiant never knew of nor agreed nor consented to AMERICAN FINANCIAL RESOURCES or any others granting authority and becoming a trustee, agent, or having agency over any of Affiant's property.
7. Affiant understood Affiant was obtaining AMERICAN FINANCIAL RESOURCES capital and not obtaining credit or a line of credit nor an open end nor closed end of any form of credit.
8. AMERICAN FINANCIAL RESOURCES advanced money or property inducing Affiant into believing said advancement was AMERICAN FINANCIAL RESOURCES funds when in fact was credit.

1

Sent via U.S. Postal Service Certified/Registered mail #
«UCC_CertifiedRegistered_Mail_1»

9. Affiant was induced by into believing AMERICAN FINANCIAL RESOURCES capital was the only funding source of the alleged transaction.

10. AMERICAN FINANCIAL RESOURCES actions to date prevent full disclosure to Affiant denying Affiant an opportunity to make a fully informed decision with regard to this alleged transaction.

11. AMERICAN FINANCIAL RESOURCES never disclosed any documented fact that AMERICAN FINANCIAL RESOURCES purchased Affiants alleged obligation thereby allegedly obligating Affiant to AMERICAN FINANCIAL RESOURCES.

12. AMERICAN FINANCIAL RESOURCES induced Affiant into believing American Financial Resources Inc. capital was the sole source of funding regarding alleged account # Loan 92326063 & 0034856971 loan care # Loan 0058892472 .

13. AMERICAN FINANCIAL RESOURCES is knowingly and willfully engaging in the collection of an extension of credit while inducing Affiant into believing Affiant is repaying AMRICAN FINANCIAL RESOURCES AND Loan care Inc own capital.

14. AMERICAN FINANCIAL RESOURCES AND LOAN CARE INC. is using extortionate enforcement of payment without clear and full disclosure of foundation to Affiant.

15. AMERICAN FINANCIAL RESOURCES AND LOAN CARE INC is intentionally concealing and withholding material facts regarding any trust or the creation of any trust in re alleged Mortgage/Deed of Trust connected to alleged account # Loan 92326063 & 0034856971 loan care # 0058892472 .

16. AMERICAN FINANCIAL RESOURCES AND LOAN CARE INC is intentionally concealing and withholding material facts in the matter of any trustee or beneficiary, designated, nominated, appointed, or assigned by Affiant.

17. AMERICAN FINANCIAL RESOURCES AND LOAN CARE INC. and is willfully withholding or concealing full disclosure of all material facts to Affiant.

18. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.is using undue influence upon Affiant to retain domination over the Affiants will to obtain the rights and property of Affiant without Affiant's complete knowledge and intentional consent or agreement.

19. AFR Inc and Loan Care Inc action(s) exceed persuasion under duress by restraining and injuring Affiant's will, property, and rights without the consent, agreement and knowledge of Affiant.

Any man or woman having first hand knowledge of all the facts asserted herein and having absolute power and authority to rebut this affidavit must rebut each and every point separately with the rebutting party's own signature and endorsement notarized, under the penalty of perjury and willing to testify, and executed as true, correct, and complete with positive proof attached. Absent positive proof any rebuttal shall be deemed

Sent via U.S. Postal Service Certified/Registered mail #
«UCC_CertifiedRegistered_Mail_1»

null and void having no force or effect, thereby waiving any of AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s immunities or defenses. Any rebuttal shall be mailed to the undersigned and the Notary address within ten (10) calendar days of AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s receipt of this affidavit.

When a rebuttal is not received by both the Affiant and the Notary within 10 days this entire Affidavit and default provisions shall be deemed true and correct. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. further agrees and consents to this administrative notice and default under this affidavit as clear and convincing evidence and proof of the facts asserted herein:

1. AFR INC AND LOAN CARE agrees to a Deed of release or release of Mortgage.
2. AFR INC. AND LOAN CARE agrees to set aside any Mortgage/Deed of Trust.
3. AFR INC. AND LOAN CARE agrees that each point in this affidavit shall constitute a single claim against AFR INC AND LOAN CARE 's bond(s) for each point not directly rebutted by AFR INC AND LOAN CARE .
4. AFR INC AND LOAN CARE agrees to release any information, rather private or otherwise, to Affiant about any of AFR INC.'s or AFR INC AND LOAN CARE 's agents or representatives Employee Dishonesty Bond, Directors and Officers Policy Bond, or any other liability bond(s), including the insurance or bond company name, bond company information, bond enforcement information, or any other of AFR INC. and LOAN CARE bond information Affiant requests.
5. AFR INC and LOAN CARE hereby obligates and guarantees AFR INC. and LOAN CARE bond(s) to secure the performance of non-rebuttal of this affidavit to Affiant for any unfaithful performance of fiduciary duties, financial loss, or damages sustained by Affiant in connection to any breach of contract or this affidavit. Any amount is not limited by the value of any property or costs incurred by Affiant in seeking remedy for AFR INC. and LOAN CARE breach.
6. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. shall further agree that once or if AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s bond(s) expire, terminate or do not equal the total amount due Affiant, AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s President, Directors, and any of AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s agents and representatives shall become individually liable for any difference due Affiant.
7. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. obligates and guarantees AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s current or future bond(s) to discharge any allegations against Affiant..
8. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. immediately grants to Affiant the unconditional right of rescission regarding alleged account # ACCOUNT NUMBER HERE and any security interest attached thereto.
9. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees to the filing of a UCC-3 deleting the alleged mortgage/deed of trust in any public record.

3

Sent via U.S. Postal Service Certified/Registered mail #
«UCC_CertifiedRegistered_Mail_1»

10. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees to the filing of a UCC-5 Correction in any public registry to correct the inaccurate, unlawful or illegal mortgage/deed of trust in any public record.
11. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees this affidavit shall be used as first party evidence or positive proof in any remedy sought by Affiant.
12. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. shall return any money or property of Affiant including but not limited to any original documentation, including but not limited by, any Notes, securities, assets, applications, transfers, blotters, book entries, assignments, and security interests to Affiants address stated herein.
13. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. waives all rights to adjudicate the alleged agreement referenced herein.
14. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s president and any directors waive all immunities regarding any future actions sought by Affiant.
15. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. shall immediately terminate any security interest and certify to Affiant the termination within 10 days.
16. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. is barred from any alleged right, title, or interest in any alleged account, note, monetary instrument, asset, or Mortgage/Deed of Trust regarding Affiant.
17. Any alleged trustee, or successor of AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. is hereinafter completely removed and disqualified as trustee, agent, or successor by Affiant.
18. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. and any of AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC.'s assigns or nominees are estopped henceforth from any action against any of Affiant's rights or property.
19. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. abandons all right of: entry, possession, judgment, assignment or notice regarding Affiant or Affiant's property.
20. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. abandons the right of any alleged waiver or estoppel.
21. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. hereinafter discharges any alleged Mortgage/Deed of Trust or any alleged debt.
22. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. is in violation of the Statute of Frauds.
23. All relationships between AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. and Affiant are null and void.
24. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. hereby admits to causing Affiant to enter an alleged agreement under mistake.
25. The alleged Mortgage/Deed of Trust recorded and filed in any public record is a result of the aforementioned mistake and therefore is null and void.



Sent via U.S. Postal Service Certified/Registered mail #
«UCC_CertifiedRegistered_Mail_1»

26. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that Affiant is the absolute legal and lawful titleholder of Affiants property referenced herein.
27. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that Affiant is a victim of Larceny and unlawful conversion by AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC..
28. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. filed simulated process in the public record.
29. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. breached Trust of Realty regarding Affiant.
30. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees and consents that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. has no power of sale regarding alleged Mortgage/Deed of Trust or property of Affiant.
31. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees and consents to Injunctive relief for Affiant.
32. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. has breached any express trust by disloyalty.
33. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. has breached the oral trust relationship with Affiant.
34. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. has employed the extortionate extension of credit with regard to Affiant.
35. AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. agrees that AMERICAN FINANCIAL RESOURCES INC AND LOAN CARE INC. is hereby removed and disqualified as trustee(s) pursuant to:
    a. Conflict of interest
    b. Concealment
    c. Breach of fiduciary responsibility(ies).
    d. Fraud.

_____
Rebecca Elias

STEFAN Armord,
ATTorney in FACT
STEFAN Armord

## Jurat

On this day came before me the Affiant a living flesh and blood man to oath and attest and affirm the signature is true, complete, and correct on the foregoing affidavit.
Rebecca Elias the undersigned, who is personally known by me or upon proper oath and identification, personally came before me, the subscriber, a notary public in and for said



Sent via U.S. Postal Service Certified/Registered mail #
«UCC_CertifiedRegistered_Mail_1»

County and State, and Duly Affirmed the truth of the foregoing Affidavit in my presence. The Affiant also acknowledged the signing thereof to be his own voluntary act and deed. Signing the within instrument in my presence and for the purpose therein stated.

Signed this day ___15___, of ___Nov___, ___2025___ at ___Columbia MD___.

My commission expires on: ___9/10/25___

By ___[signature]___        seal: ___[notary seal: Samuel Inhsuh Park, NOTARY PUBLIC, Howard County, MD, Comm. Exp. 09-10-2025]___

Samuel I. Park

