*Exhibit #2*

STEFAN ARMOUR
C/O
9228 BROKEN TIMBER WAY
COLUMBIA MARYLAND [21045]

*1/4/24*

LAKEVIEW
ATTN OFFICE OF THE CUSTOMER
PO BOX 8068
VIRGINIA BEACH VA 23450

*Account # 00588 92472*

**Instructions and Processing:**

This letter is to inform you of the payment instrument {BILL OF EXCHANGE } that was mailed out to you on **12/14/2023**. Enclosed in that envelope is the remittance coupon you sent me, which I have accepted for value, consideration, and honor according to the Uniform Commercial Code and returned to you in good faith as tender of payment of the balance currently on my account, in the full amount of **21,442.22** .After deposit of this payment, please adjust the ledgering of the account for the balance or debt on the account to read "$0.00."

This TENDER OF PAYMENT is for immediate processing and deposit only. I have faxed and mailed this payment to what is reasonably ascertained to be the correct address, according to my statements and card agreement. This tender of payment includes a restrictive endorsement, as seen on the front of the coupon which states: "Without recourse, U.C.C. 1-308,"

Therefore, I have mailed it to the address provided. If, however, this address is not the correct division or department, please forward it to the appropriate agency or official for immediate processing. If the appropriate official is unknown, please forward it to the CFO or CEO of **LOANCARE / LAKE VIEW**

**Payment Refusal or Decline:**

PLEASE BE NOTICED: **Only *if* this tender of payment is refused by any party on behalf of LAKEVIEW/LOAN CARE,** then pursuant to Uniform Commercial Code §§3-603(b) and 3-311, **the Debt is Discharged**, up to the amount of the tender.

U.C.C. § 3-603(b) states:

"If tender of payment of an obligation to pay an instrument is made to a person entitled to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates."

*I Do Not waive my Right To Arbitration.*

U.C.C. § 3-311 (a) and (b) state:



Exhibit 2A

(a) If a person against whom a claim is asserted proves that (i) that person in good faith tendered an instrument to the claimant as full satisfaction of the claim, (ii) the amount of the claim was unliquidated or subject to a bona fide dispute, and (iii) the claimant obtained payment of the instrument, the following subsections apply.

(b) Unless subsection (c) of this section applies, the claim is discharged if the person against whom the claim is asserted proves that the instrument or an accompanying written communication contained a conspicuous statement to the effect that the instrument was tendered as full satisfaction of the claim.

**Billing Error:**

PLEASE BE FURTHER NOTICED: **Only if** tender of payment of this remittance coupon is refused or declined by LAKEVIEW/LOANCARE will then be in commercial dishonor, and a **Billing error** will immediately be incepted as of the date of refusal, due to refusal to accept tender of payment under U.C.C. §§ 3-603(b) and 3-311. Such a billing error would be pursuant to 15 U.S.C. § 1666, and the Truth in Lending Act (Regulation Z) pursuant to 12 C.F.R. §§ 1026.13 and 1026.13(a)(6).

**If** such situation of decline or refusal of tender of payment occurs, then based upon the above authorities:

1) The amount of the instrument in dispute or the balance hereafter owed of **$21442.22** cannot attempt to be collected by LAKEVIEW/LOANCARE from me until resolution of the billing error.

2) **LAKEVIEW/ LOANCARE** is prohibited from issuing any adverse credit reports based upon failure to pay such disputed amount during the billing error resolution process.

3) Closure of my account by **LOANCARE/LAKEVIEW** is prohibited based upon a good faith assertion of a billing error; and,

4) **LAKEVIEW/LOANCARE** must contact me (the obligor) within a 20 DAYS to acknowledge that any payment was refused or declined, the reasons therefore, and also to acknowledge a claim of a billing error has been incepted and receive further information from me about the specific billing error that is being claimed for proper resolution.

Thank you so much for your time and help in this matter and I hope you have a great day!

Respectfully,
STEFAN ARMOUR



By accommodation: ARMOUR, STEFAN Without Recourse – U.C.C. § 1-308