Stefan Armour   Attorney in Fact For Rebecca Elias

9228 broken Timber way

COLUMBIA, MARYLAND [21045}

11/15/2023

ATTN AFR INC ETAL

In accordance with the legal principle of standing, affirming that I am directly affected by the underlying legal dispute, I assert my standing to file a lawsuit on behalf of a family member. This claim is grounded in the fact that both members of my family and I have personally endured injuries as a result of the circumstances at the core of the legal action.

This lawsuit encompasses a range of claims arising from the mortgage transaction in question. We allege mortgage fraud, including but not limited to fraudulent misrepresentation or concealment, breach of contract, unfair and deceptive practices, violations of the Truth in Lending Act (TILA), usurious practices related to appraisal fraud, common law fraud, securities law violations, and statutory rescission based upon both deceptive lending practices and deceptive business practices.

Furthermore, we raise pertinent questions regarding the consideration brought to the table by AFR and its affiliates, the funding source of the transaction, and a call for proof of funds rendered. We question the rationale behind using our note to receive credit only to subsequently pay affiliates for seemingly nothing. We reference Modern Money Mechanics to support our inquiry.

Additionally, we seek clarification on the finance charge, its inclusions, and the basis for holding us liable for costs covered within it. We question the disregard of tenders of payment by AFR's affiliates and their non-response to our notice to rescind, sent a year ago.

To ensure transparency and unveil potential irregularities, we formally request the appointment of a forensic accountant to thoroughly examine and open the books related to the financial transactions involved in this mortgage agreement. This step is essential to uncover any discrepancies, fraudulent activities, or deceptive practices that may have transpired.

In addition to the claims, we petition for quiet title. We argue that the obligation was converted from a secured to an unsecured obligation. By operation of law, we assert that the note is extinguished along with the mortgage or deed of trust, and therefore, is no longer evidence of the obligation. We demand damages from all parties on top of the release of the house from the encumbrance.

Furthermore, we expand our claim to include undisclosed profits in the form of payoff from credit default swaps from all parties involved in the mortgage transaction. This claim is based on the assertion that such undisclosed profits represent a further violation of our rights and a form of financial harm.

This comprehensive claim aims to address a spectrum of legal violations, supported by the standing to sue, specific claims of mortgage fraud, relevant inquiries, and a request for a forensic examination of the financial records, while also incorporating the petition for quiet title and the expanded claim for undisclosed profits."