*Exht 4*

Re:   Loan No. 0058892472
Transaction between Homeowner and AFR INC, dated September 28 2018, involving note and security deed and secured by residential property at 9228 Broken Timber Way Columbia Md 21045

To Whom It May Concern:

I represent Homeowner concerning the mortgage loan transaction which she entered into with AFR INC on September 28, 2018 ("the transaction").

Homeowner has a present right to rescind the transaction for at least the following reason: she was not provided with the type of notice of her right of rescission under the Truth in Lending Act ("TILA"), 15 U.S.C. §1601 et seq., that is required by Federal Law.

In addition, there is a violation of **12 CFR § 1026.4 - Finance charge. We should not be paying PMI THAT PREMIUM IS COVERED BY THE FINACE CHARGE.**

THERE WASN'T FULL DISCLOSURE IN OUR CONSUMER CREDIT TRANSACTION VIOLATION THE TILA AND THE MD MORTGAGE FRAUD LAW.

I WISH TO CANCEL

_____          10/27/22
Homeowners' Signature             Date

WITHOUT PREJUDICE

*We Submitted this*          *iT was Disregarded.*