IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| REBECCA ELIAS ET AL., | * | |
| Plaintiffs, | * | |
| v. | * | Civil No. 24-489-BAH |
| AMERICAN FINANCIAL RESOURCES ET AL., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the accompanying memorandum opinion, it is this 20th day of February, 2026, ORDERED that:

(1) Defendants' motions to dismiss, ECF 49 and ECF 51, are GRANTED;

(2) The amended complaint is DISMISSED without prejudice;

(3) Plaintiffs' motions at ECF 56, 57, 58, 77, and 82, are DENIED;

(4) The Clerk is directed to correct Defendants' names on the docket to American Financial Resources, LLC, LoanCare, LLC, Lakeview Loan Servicing, LLC, and Bayview Asset Management, LLC; and

(5) The Clerk is directed to CLOSE this case and MAIL a copy of this order and the accompanying memorandum opinion to Plaintiffs.

/s/
Brendan A. Hurson
United States District Judge